UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL WESLEY,

              Plaintiff,      :           **ORDER**

              -against-      :     05 Civ. 5833 (GEL)(MHD)

                               :

IMAM MUHAMMED, et al.,

                               :

              Defendant.     :
------------------------------------x          9/8/09

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    In light of Mr. Wesley proceeding in this case pro se and

the upcoming deadline for the end of discovery, we deem it

appropriate to memorialize the schedule set forth for the

submission of defendant's summary judgment motion and subsequent

deadlines.  It is hereby **ORDERED** that:


    1. Defendants are to serve and file any summary judgment

motion by no later than **MONDAY, SEPTEMBER 28, 2009.**


    2. Plaintiff is to serve and file any response papers by no

later than **WEDNESDAY, OCTOBER 28, 2009.**


    3. Defendants are to serve and file any reply papers by no

later than **MONDAY, NOVEMBER 16, 2009.**

Dated: New York, New York
August 31, 2009

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Michael D. Wesley
#06-R-0267
Adirondack Correctional Facility
P.O. Box 110
Ray Brook NY 12977

Kimberly Conway, Esq.
Martin Bowe, Esq.
New York City Law Department
100 Church Street
New York, NY 10007