UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL WESLEY,

        Plaintiff,

    -against-

IMAM MUHAMMED, ET AL.,

        Defendants.
------------------------------------x

**ORDER**

05 Civ. 5833 (GEL)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A motion for a preliminary injunction and temporary restraining order having been filed by plaintiff on November 5, 2009, it is hereby **ORDERED** that:

1. Defendants are to serve and file any response to plaintiff's motion by no later than **November 13, 2009**.

2. Plaintiff is to serve and file any reply papers by no later than **November 18, 2009**.

**Dated: New York, New York**
      **November 6, 2009**

**SO ORDERED.**

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Mr. Michael D. Wesley
545 West 126th Street, Suite 11-B
New York, NY 10027

Kimberly Conway, Esq.
Martin Bowe, Esq.
New York City Law Department
100 Church Street
New York, NY 10007